BEACH *v.* THE STATE.

LEWIS, J.   The motion for a new trial does not complain of the commission of any error of law.   There was some evidence to sustain the conviction of the accused.   The judge of the trial court was satisfied with the verdict, and this court will not interfere with his discretion in refusing to grant a new trial.
  *Judgment affirmed.   All the Justices concurring, except Little, J., absent.*

Argued February 17, — Decided March 11, 1902.

Indictment for murder.   Before Judge Felton.   Houston superior court.   January 9, 1902.

*Duncan & Duncan,* for plaintiff in error.   *Boykin Wright, attorney-general,* and *William Brunson, solicitor-general,* contra.